**No. 66032.**—F. W. Woolworth Company *v.* United States, protest 60/9174 (New York.

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of mats similar in all material respects to those the subject of Abstract 57261, the claim of the plaintiff was sustained.

**No. 66033.**—Novik & Co., Inc. *v.* United States, protests 58/24462, etc. (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of bridal headdresses similar in all material respects to those the subject of *Novik & Co., Inc.* v. *United States* (45 Cust. Ct. 183, C.D. 2221), the claim of the plaintiff was sustained.

**No. 66034.**—Weiss & Biheller Merchandise Corp. *v.* United States, protests 60/8218 and 60/15407 (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiff was sustained.

**No. 66035.**—B. Altman & Co. et al. *v.* United States, protests 60/13226, etc. (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of *Mottahedeh Creations, Ltd., et al.* v. *United States* (43 Cust. Ct. 9, C.D. 2095), the claim of the plaintiffs was sustained.

Before the Second Division, September 6, 1961

No. 66036.—Edda International Corp. and Milton Snedeker Corp. v. United States, protest 324054–K (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the merchandise consists of textile warping machinery and parts thereof the same in all material respects as those the subject of Abstract 64990, the claim of the plaintiffs was sustained.

September 5, 1961

No. 66037.—Balfour Guthrie & Co., Ltd., et al. v. United States, protests 58/16320, etc. Plaintiffs' application for rehearing granted.

No. 66038.—Frederick Richards, Inc., for a/c Hyde Park Mills v. United States, protest 59/6520. Plaintiff's application for rehearing granted.

September 6, 1961

No. 66039.—Random House, Inc., and Milton Snedeker Corp. v. United States, protest 58/5932. Plaintiffs' application for rehearing granted.

September 6, 1961

No. 66040.—Suit 5043.—Rico, Inc. v. United States.—A.R.D. 121 affirmed May 5, 1961. C.A.D. 773.

No. 66041.—Suit 5059.—United States v. C. J. Tower & Sons of Buffalo, N.Y.—C.D. 2194 reversed April 14, 1961. C.A.D. 770.

No. 66042.—Appeal 5077.—United States v. F. W. Myers & Co., Inc.—C.D. 2239. Appeal dismissed July 7, 1961.